**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MELISSA SIMIEN, Mother and Next<br>Friend to Jannai Simien, a minor child, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   NO.   05-CV-15-FHM<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,[1] | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This case is hereby reversed and remanded in accordance with the 10th Circuit

Court of Appeals' ORDER AND JUDGMENT dated June 28, 2007, and filed in this Court on

August 24, 2007.

SO ORDERED this 27th day of August, 2007.

*Frank H. McCarthy*

**FRANK H. McCARTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] On February 1, 2007, Michael J. Astrue was confirmed as Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Jo Anne B. Barnhart the former Commissioner, as defendant in this case.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).